IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID CRAWLEY,<br>    Plaintiff, | Civil Action No. 7:14-cv-00613 |
| v. | ORDER |
| DR. E. MCDUFFIE, <u>et al.</u>,<br>    Defendants. | By:   Hon. Michael F. Urbanski<br>        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's motion to have the United States Marshal serve the complaint is **DENIED**; the complaint is **DISMISSED** without prejudice, pursuant to Fed. R. Civ. P. 4(m); Plaintiff's motion to amend is **DENIED** as moot; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

Entered: May 28, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge